UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SURDAKOWSKI,

    Plaintiff,

v.                                                  4:22cv468–WS/MAF

R. DIXON, SEC'Y FLA.
DEP'T OF CORR., et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed April 27, 2023. The magistrate judge recommends that this case be dismissed. Plaintiff has filed objections (ECF No. 14) to the report and recommendation.

    Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 13) is

hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this __15th__ day of __June__, 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE